**GERALDINE CAPOBIANCO JONES**
170 Valley Road
Montclair, NJ 07042
973-865-7254
randgjones@aol.com

Magistrate Judge Elizabeth A. Pascal
United States District Court
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

RE:    Dkt. No. 1:23 - cv- 04557-KMW-EAP
         Jones et al v. Ryan et al

Dear Judge Pascal:

    I am writing to request a 3 week adjournment of the motion to vacate the stay, which is to be heard on March 17, 2025, because I do not have time to file a reply or to participate in an argument on the motion, as I am now in preparation and will be next week for argument on multiple filed Motions to Dismiss the criminal proceedings, which were supposed to be heard back on March 3rd but were adjourned until March 18th.

    If the Motions are not successful then a trial has again been scheduled to begin on March 19th.

    Considering the adjournment of the criminal case's motions to dismiss until March 18th and that there appears to potentially be a conclusion to the case either through dismissal or trial, the motion to vacate the stay should be adjourned until the motions to dismiss have been argued and ruled on or the trial is concluded.

Date: 3-13-2025                        Respectfully submitted,

                                                    Geraldine Capobianco Jones, Pro Se

cc:    braheme.days@law.njoag.gov
        terrybenet@yahoo.com
        randgjones@aol.com
        rhys.evan.jones@gmail.com
        liam.jones@aol.com
        [redacted]
        ccarlson@capeheart.com